WILLIAM ROBERT SHAW, Plaintiff,

v.

CITY OF MILWAUKEE, et al., Defendants.

3/24th/2021
PAGE 1 OF 1
Case No. 19-C-1059

(A). PLAINTIFFS' MOTION(S) IN LIMINE TO BAR DEFENDANTS' MICHAEL ANTONIAK AND VINCENT ANDRYSCZYK FROM ARGUING AND OR PROVIDING CERTAIN TESTIMONY CONCERNING SAINT FRANCIS HOSPITAL

COME NOW Plaintiff William Robert Shaw, pro se / pro per, hereby makes the following motion(s) in Limine. The Plaintiff reserves the right to file additional motions or modify this request as may be appropriate.

(1). Plaintiff moves in Limine to Bar Defendants Michael Antoniak and Vincent Andrysczyk from arguing and or testifying that the second hospital they transported Plaintiff to "Saint Francis" had placed Plaintiff inside a curtained patients room, through the emergency room center to conduct the anal cavity search.

Shaw,; William-Robert,; sui Juris
Pro se / Pro per Self Represented

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2021 MAR 30 P 2: 10
CLERK OF COURT