WILLIAM ROBERT SHAW,
     Plaintiff,
v

CITY OF MILWAUKEE, et al.,     Case No. 19-C-1059
     Defendants.

PAGE 1 of 1
3/24th/2021

(F).:            PLAINTIFFS
           MOTION(S) IN LIMINE
        TO BAR DEFENDANTS
     FROM PROVIDING CERTAIN TESTIMONY
       REGARDING STRIPSEARCH AUTHORIZATION

COME NOW Plaintiff William Robert Shaw, pro se/pro per, hereby makes the following motion(s) in Limine, The Plaintiff reserves the right to file additional motions or modify this request as may be appropriate.

(1). Plaintiff moves in limine to Bar all the Defendants from providing certain testimony such as claiming authorization was obtained as required by Wis. §§ 968.255 (2)(d) prior to conducting a strip search on Plaintiff; on the basis of there isnt any evidence that written authorization was given, and that theres evidence of Defendants making an arranged stipulation was granted with the "understanding" that Plaintiff would be arrested for a drug offense first and then a strip search could be conducted on the Plaintiff to recover evidence of a crime he'd eventually be detained for.

Shaw, ;William-Robert;, Sui Juris
Pro sé/Pro per Self Represented

CLERK OF COURT
2021 MAR 30 P 2:10
FILED
EASTERN DISTRICT-WI
U.S. DISTRICT COURT