WILLIAM ROBERT SHAW,
Plaintiff,

v.

CITY OF MILWAUKEE, et al.,
Defendants.

3/24th/2021

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2021 MAR 30 P 2:11
CLERK OF COURT

Case No. 19-C-1059

(M): PLAINTIFFS MOTION(S) IN LIMINE TO BAR DEFENDANT MICHAEL ANTONIAK FROM ARGUING OR TESTIFYING AND OR REFERENCING HE OBTAINED A SEARCH WARRANT FOR PLAINTIFFS ANAL CAVITY

COME NOW Plaintiff William Robert Shaw, pro se'/proper, hereby makes the following motion(s) in Limine. The Plaintiff reserves the right to file additional motions or modify this request as maybe appropriate.

(1). Plaintiff moves in limine to Bar Defendant Michael Antoniak from arguing, or testifying and or making any reference of obtaining a search warrant for Plaintiffs' anal cavity; on the basis of his (Antoniaks') deliberately falsifying the search warrant affidavit and omitting critical meterial determinating information and facts in order to obtain the search warrant such as: falsely claiming Plaintiff was uncooperative with the Defendants during the strip search, requiring Defendants to seek a search warrant for his anal cavity; for example omitting that Shannon L Hajek was in fact in possession of a purse that contained a drug kit, and 17 corner cuts containing remnants of "suspected heroin and as a result she (Hajek) was arrested taken into custody and was a known informant who had

been taken into custody, and that Hayek had just been convicted for falsely swearing, only a mer few days (2/5/2014) prior to the incident on 2/27/2014.

Shaw, ;William-Robert ., SuiJuris
Pro sé / Proper Self Represented