UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WILLIAM ROBERT SHAW,

        Plaintiff,

v.                                       Case No. 19-C-1059

CITY OF MILWAUKEE, et al.,

        Defendants.

## ORDER

This matter comes before the Court on sixteen motions filed by plaintiff William Robert Shaw. *See* Dkt. Nos. 134-40, 142-43, 145-50, 163. Shaw filed fifteen of the motions on March 30, 2021, while he was *pro se*. *See* Dkt. Nos. 134-40, 142-43, 145-50. A few weeks later, on April 19, 2021, the Court recruited *pro bono* counsel to represent Shaw. Dkt. No. 155. Shaw then filed another motion, without the assistance of recruited counsel, on June 7, 2021. Dkt. No. 163. Given that Shaw now has recruited counsel, the Court will deny without prejudice Shaw's motions filed without the assistance of counsel. If, after consulting with counsel, Shaw believes that these motions are necessary, he may refile these motions (in the correct format) with the assistance of counsel. Shaw should not file any more motions in this case without the assistance of counsel.

**IT IS THEREFORE ORDERED** that the plaintiff's motions in limine (Dkt. Nos. 134-40, 142-43, 145-50) and "motion objecting to the Court's bias and capricious ruling and order" (Dkt. No. 163) are **DENIED** without prejudice. The plaintiff should not file any more motions in this case without the assistance of counsel.

Dated at Green Bay, Wisconsin this 9th day of June, 2021.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach
                                                        United States District Judge