UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

WILLIAM R. SHAW,

              Plaintiff,

v.                                                 Case No. 19-CV-1059

CITY OF MILWAUKEE, CHIEF EDWARD FLYNN,
TERRENCE GORDON, TIMOTHY A. HAUF,
MICHAEL ANTONIAK, VINCENT ANDRYSCZYK,
and THOMAS J. SLOWINSKI,

              Defendants.
_____

## DEFENDANTS' MOTION IN LIMINE NO. 2
_____

The City of Milwaukee, on behalf of all defendants ("the City"), moves to prohibit plaintiff William R. Shaw from calling or referring to any witness not identified by him as required by local rule, Rule 26, or that he failed to identify in response to the defendants' discovery requests in this case. The City further moves to prohibit plaintiff Shaw from introducing any evidence at trial that was required to be provided to the City in discovery that was not provided.

Dated and signed at Milwaukee, Wisconsin this 8th day of November, 2021.

                                              TEARMAN SPENCER
                                              City Attorney

                                              s/Nicholas Zales_____
                                              NICHOLAS C. ZALES
                                              Assistant City Attorney
                                              State Bar No. 1019289
                                              *Attorneys for Defendants*

ADDRESS:
200 East Wells Street, Room 800
Milwaukee, WI 53202
Telephone: (414) 286-2601
Facsimile: (414) 286-0806
Email: nzales@milwaukee.gov

1032-2019-2099/277461