IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

WILLIAM R. SHAW,

        Plaintiff,

   v.

CITY OF MILWAUKEE, CHIEF EDWARD
FLYNN, TERRENCE GORDON,
TIMOTHY A. HAUF, MICHAEL
ANTONIAK, VINCENT ANDRYSCZYK,
THOMAS J. SLOWINSKI, and
KRISTOPHER MADUSCHA,

        Defendants.

Case No. 2:19-cv-1059-WCG

## PLAINTIFF WILLIAM R. SHAW'S MOTION IN LIMINE NO. 4 TO BAR DEFENDANTS FROM USING NON-PUBLIC DATABASES TO CONDUCT BACKGROUND CHECKS ON JURORS AND POTENTIAL JURORS

Plaintiff William R. Shaw, by undersigned counsel and pursuant to Federal Rule of Civil Procedure 7 hereby moves in *limine* to prohibit Defendants from using non-public or police databases to perform background checks on jurors and potential jurors. These types of background checks "creat[e] an imbalance of information" and other "logistical hurdles" that justify prohibiting such action. *See, e.g.*, *Martinez v. City of Chicago*, No. 14-CV-369, 2016 WL 3538823, at *22 (N.D. Ill. June 29, 2016); *see also Dyson v. Szarzynski*, No. 13 CV 3248, 2014 WL 7205591, at *2–*4 (N.D. Ill. Dec. 18, 2014) (expressing concerns about the practice of performing background checks on jurors during voir dire).

Counsel certifies that no memorandum other supporting papers will be filed with this motion.

Dated: November 8, 2021

/s/ Amy C. Miller
AMY C. MILLER
State Bar No. 1101533
RYAN J. WALSH
State Bar No. 1091821
EIMER STAHL LLP
10 East Doty Street, Suite 800
Madison, WI 53703
(608) 441-5796
(608) 441-5707 (fax)
amiller@eimerstahl.com
rwalsh@eimerstahl.com
*Counsel for Plaintiff*