WILLIAM ROBERT SHAW,
V.    Plaintiff,

CITY OF MILWAUKEE, et al.,
      Defendants.

November 21, 2021

Case No. 19-CV-1059

## PLAINTIFF WILLIAM ROBERT SHAWS JUDICIAL NOTIFICATION OF DEFENDANTS PREVIOUS ORAL AGREEMENT / AND STIPULATION TO E-FILING DISCOVERY SERVICE

COMES NOW Plaintiff William Robert Shaw, pursuant to all the provisions of Article II Rule 201 and of Rule 29 of Federal Rules of Civil Procedures, hereby moves this Court to take Judicial Notification of Defendants, previous oral agreement and stipulation to being served all discovery requests for admissions / demands for interrogatories / and requests to produce via E-Filing by Pro Se Plaintiff on July 7th, 2020 during the telephone Motion Hearing Dkt# 49. This was to be done by Plaintiff forwarding the discovery requests to the Court through the U.S. postal service to be filed, constituting Discovery being served upon the Defendants.

This Judicial Notification is supported by the Declaration of William Robert Shaw dated November 21, 2021

Shaw; William-Robert;, Sui Juris