WILLIAM ROBERT SHAW,
Plaintiff,
v.

TERRENCE GORDON, et al.,
Defendants.

U.S. District Court Wisconsin Eastern
DEC 7 2021
FILED Clerk of Court

Case No. 19-CV-1059

## DECLARATION OF WILLIAM ROBERT SHAW IN SUPPORT OF PLAINTIFFS JUDICIAL NOTIFICATION OF ATTORNEY RYAN WALSH MISCONDUCT ETC.

I, William Robert Shaw, Hereby Declare;

That on December 3rd, 2021 I was transported to 517 East Wisconsin Avenue Milwaukee, WI 53202 from the Milwaukee County Jail at approximately 8 AM when I arrived at the United States Court House I specifically requested a U.S Marshall to summon attorney Ryan Walsh to discuss anticipating the Defendants immunity motion if filed with the Court. Walsh explained we first should worry about the jury verdict, without informing me that he authorized, and or was about to authorize (Substitution of a Judge).

An hour in a half, approximately after Walsh and I had briefly discussed, that I wanted to challenge the Defendants motion (if filed); I was summond by the marshal stating that the jury had determined a verdict.
Once I arrived inside the Court room, I noticed there was an entirely different Judge, and when I asked Ryan who the Judge was, he provided a name unknown to me. After a couple of minutes the Judge began speaking, stating he "had taken over the case", and Judge William Griesbach "was back in Green Bay", and that the parties consented to it; at that point I became "confused", because I never consented to any substitution, nor did I authorize and or consent Walsh to do so.
Thus, I assert Ryan Walsh made his own decision, without my authorization, and or conferring with me a critical legal decision on my behalf to substitute a judge without my knowledge, in violation of the law, and my rights as a

Client, failing to obtain my authorization to make a legal decision on my behalf. At no point of time did I consent to a (Judicial substitution), nor did I want a Judicial substitution at that juncture.

My Witnesses are those who were present inside the Court room, which was attorneys Yolanda Y McGowan, Jennifer Demaster, the unknown Judge, the Court Clerk and Reporter.

Pursuant to 28 U.S.C. §§ 1746, I declare under penalty of perjury that the foregoing is true and correct.
Executed on December 4th, 2021

Shaw, ;William-Robert;, Sui Juris