WILLIAM ROBERT SHAW,                    December 4th, 2021
            Plaintiff,
    v                                          PAGE 1 OF 1
TERRENCE GORDON, et al.     Case No. 19-CV-1059
            Defendants.

U.S. District Court
Wisconsin Eastern
DEC 7 2021
FILED
Clerk of Court

PLAINTIFFS JUDICIAL NOTIFICATION OF ATTORNEY RYAN WALSHES' MISCONDUCT OF CONSENTING TO A JUDICIAL SUBSTITUTION WITHOUT PLAINTIFFS CONSENT AND MOTION TO RESERVE ANY OBJECTIONS PLAINTIFF WILL RAISE PRO SE AND TO CHALLENGE JURISDICTION

COMES NOW William Robert Shaw, pursuant to all provisions of Article 11 Judicial Notice Rule 201(e), the 6th, 13th, and 14th United states Constitutional Amendments, Hereby Moves this Court to take Judicial Notification of attorney Ryan Walsh misconduct of consenting to a (Judicial Substitution) without Plaintiffs consent, authorization, and or knowledge in the above case on December 3rd, 2021 at the United states Federal Court House in violation of Wisconsin SCR CHP 20:1.2(d); and 20:1.4 in unethically, unprofessionally and unlawfully, authorizing an entirely different Judge to preside in this case to substitute the original Judge in this matter. And that Plaintiff did NOT authorize such a legal decision to be made on his behalf, and assert Walsh made that legal decision on his own violating Plaintiffs due process, legal protection, and right to Fair trial clauses. Plaintiff also asserts, because both parties must consent to a Judicial substitution "this is now a Jurisdictional issue" because Walsh "unlawfully" consented to a Judicial substitution, without Plaintiffs authorization, and or knowledge. The Plaintiff also moves this Court to reserve all rights to file Objections and to Challenge this Courts Jurisdiction, in the arbitrary proceedings held 12/3/2021. This Motion is supported by the Declaration of William Robert Shaw.

Case 2:19-cv-01059-WCG   Filed 12/07/21   Page 1 of 1   Document 244