12/9/2021

RE: William Robert Shaw v. City of Milwaukee, et al., Case No. 19-CV-1059

REQUESTS/QUESTIONS/NOTIFICATION

TO:

U.S. District Court
Wisconsin Eastern
DEC 16 2021
FILED
Clerk of Court

I AM writing you Amy Miller to advise, and request the following:

## REQUEST

(1). I'm first requesting that you forward to me all the evidentiary documents with the amended Exhibit list utilized at Jury Trial by us (Plaintiff) and the (Defendants) as I was never provided with those documents and would like to review them.

(2). I'm requesting that you also provide me with the (special verdict) that was hastly drafted in Court, during Jury Trial (12/1/2021 - 12/3/2021)

(3). I'm also requesting that you provide me with any other motions, stipulations, agreements that was made between the Defendants and attorney Ryan Walsh and yourself since these documents have yet to be forwarded it to me.

(4). And any other documents that hasn't been forwarded, including all emails, correspondences between the Defendants and Walsh and yourself

(5). I also would like all original documents I forwarded to your office of my personal and other documents that weren't included as exhibits

(6)...



(1). Why was my case, civil rights incompetently mishandled or was it intentional?

(2). Why did Ryan Walsh falsely claim to me there wasn't enough evidence to proceed against the City of Milwaukee and Flynn with the Monell claim when Defendants own policies coupled with their admissions proved otherwise, improperly inducing me to trust him; and why was I under the impression I had to sign an agreement legal document in order for my Monell claims to be dismissed?

(3). Why did Ryan Walsh ignore my explicit instructions to provide the jury instructions in accordance with State v Wallace, 2002 WI App 61, 251 Wis. 2d 625, 642 N.W 2d 549. 00-3524 of the visaul body cavity searches?

(4). Why was an incompetent "special jury verdict" written / consented to hastly during Jury Trial, last minute, and I wasn't able to review it prior to it submission?

(5). Why did Ryan Walsh fail to exhibit/ or present any of the necessary evidentiary exhibits to the jury accept 3 to 4 documents?

(6). Finally, Why did Ryan Walsh, make a critical legal decision, such as consenting to "substitute a Judge" on December 3rd, 2021 without my authorization and or knowledge.

And many other things', but I AM just asking these initial question first! PLEASE NOTE: That I never wanted to dismiss any of my claims including my Monell claim against the City; But Ryan Walsh claimed it was in my "best interest" to do so, thus induced me to do, and that I thought included my state claims, not my Federal injury claims which after further thought I never would have signed it.

I AM and or will be considering (Malpractice) against Walsh, in that I'm aware that he was the lead attorney in this matter, and had Walsh followed all my instructions as to the presentation of the case, written jury instructions and presenting the jury with all the essential exhibits, as I told him to, then I wouldn't be considering such an action, and because I believe Attorney Ryan Walsh is responsible for the loss of this Civil rights case he is liable in this instance, inaddition to compensation of my losses by means of incompetent mishandling.

I have no hard feelings against you, because I know ultimately Walsh made the final decisions, and instructed you on what "not to do, or do".
Thus, after you forward to me the requested documents are business will be concluded hopefully!

PLEASE NOTE: That I did everything pro sé, making it all the way to trial and Walsh was To incompetent to successfully close this matter obtaining me justice awaiting your response.

GOD BLESS

Shaw, William-Robert, Sui Juris